LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK THEODORE WHITE, | ) | No: 1:24-cv-00044-SKO |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | (Doc. 16) |
| | ) | |
| MARTIN O'MALLEY | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation") (Doc. 16, erroneously docketed as a motion),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) and zero costs ($0.00), subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __June 11, 2024__            /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE